United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>GENARO V. GUIZAR,<br>　　　　Defendant. | Case No. 20-cv-06147-SVK<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 15, 17, 18, 19 |

On April 16, 2021, Plaintiff Scott Johnson ("Plaintiff") filed a motion for default judgment. Dkt. 15. The Court denied Plaintiff's motion for default judgment and gave Plaintiff 10 days, until June 4, 2021, to file a renewed motion for default judgment. Dkt. 17. On June 4, 2021, Plaintiff sought additional time, filing a request for continuance to complete further due diligence. Dkt. 18. The Court granted Plaintiff an additional 14 days, making the new deadline June 21, 2021. Dkt. 19. As of the date of this order, Plaintiff has failed to file a renewed motion for default judgment.

Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a response to this order by **June 30, 2021** and shall appear at the Order to Show Cause hearing set for **July 27, 2021 at 11:00 a.m.**

**SO ORDERED.**

Dated: June 23, 2021

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge